<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 95-3039**

―――――――――――

KEVIN POTTER; MARGUERITE C. POTTER,

Plaintiffs - Appellants,

versus

SCOTTSDALE INSURANCE COMPANY; STEPHANIE E.
MOORE,

Defendants - Appellees,

and

CRESTWOOD GOLF CLUB, INCORPORATED; CRESTWOOD
PARTNERSHIP; JOHN BOYD; WALTER BRYANT; DALE
BRYANT; GEORGE SPRUCE MCCAIN; CLAUDE MCCAIN;
JACK DICKEY; DICKEY COMPANY; JAMES MOSTELLER,
III; KELLY CANNON; MCCAIN FINANCIAL GROUP,
INCORPORATED; SOUTH CAROLINA NATIONAL BANK;
WILLIAM BERRY; SOUTH CAROLINA DEPARTMENT OF
HEALTH AND ENVIRONMENTAL CONTROL; MICHAEL
CHAPPELL; JAMES S. WILLIAMSON, JR.,

Defendants.

―――――――――――

**No. 95-3200**

―――――――――――

KEVIN POTTER; MARGUERITE C. POTTER,

Plaintiffs - Appellants,

versus

SOUTH CAROLINA NATIONAL BANK; WILLIAM BERRY,

Defendants - Appellees,

and

CRESTWOOD GOLF CLUB, INCORPORATED; CRESTWOOD PARTNERSHIP; JOHN BOYD; WALTER BRYANT; DALE BRYANT; GEORGE SPRUCE MCCAIN; CLAUDE MCCAIN; JACK DICKEY; DICKEY COMPANY; JAMES MOSTELLER, III; KELLY CANNON; MCCAIN FINANCIAL GROUP, INCORPORATED; SCOTTSDALE INSURANCE COMPANY; STEPHANIE E. MOORE; SOUTH CAROLINA DEPARTMENT OF HEALTH AND ENVIRONMENTAL CONTROL; MICHAEL CHAPPELL; JAMES S. WILLIAMSON, JR.,

Defendants.

---

Appeals from the United States District Court for the District of South Carolina, at Orangeburg.  Cameron McGowan Currie, District Judge.  (CA-94-2047-5-22-BC)

---

Submitted:  April 16, 1996          Decided:  May 24, 1996

---

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Kevin Potter, Marguerite C. Potter, Appellants Pro Se.  Mark Wester McKnight, Charleston, South Carolina; Stanley Harold McGuffin, Sr., SINKLER & BOYD, P.A., Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this cuircuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's orders discussing some, but not all, defendants in Appellants' civil action. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3